IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHINA LONON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-138 |
| | ) | |
| JAMES SOLEN; CERT OFFICER SMITH; | ) | |
| and CERT OFFICER SCOTT, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 37.) The Magistrate Judge recommended granting Defendant Smith's Motion to Dismiss as a sanction for Plaintiff providing dishonest information about his filing history. Plaintiff credits his failure to disclose his filing history to a fellow inmate who helped fill out the complaint form and asks the Court to overlook the "common mistake." (Id. at 1.) The Court declines to do so. As the case law cited in the R&R makes clear, failing to disclose prior filing history will not be tolerated, and the Eleventh Circuit has repeatedly approved of dismissing a case without prejudice as a sanction. (See doc. no. 35, pp. 3-4.) Should Plaintiff decide that he wants to pursue his claims in the future, nothing in this Order adopting the recommendation for dismissal puts any additional restrictions on Plaintiff's future filing activities beyond those already in place for any prisoner filing a new case in federal court.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants Smith an Scott's motion to dismiss, (doc. no. 29), **DENIES** Plaintiff's motion to proceed and motion to dismiss, (doc. nos. 33-1, 33-2), **DIMISSES** this action without prejudice, and **CLOSES** this civil action.

SO ORDERED this 6th day of October 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA