AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHINA LONON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV120-138

JAMES SOLEN; CERT OFFICER SMITH; and CERT OFFICER SCOTT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 6, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's objections are OVERRULED and Defendants Smith and Scott's motion to dismiss is granted. This case is dismissed without prejudice.  This case stands closed.



10/6/21  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020