AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHINA LONON,

    Plaintiff,

v.

JAMES SOLEN; CERT OFFICER SMITH; and CERT OFFICER SCOTT,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-138

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of October 6, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's motion to dismiss is denied and Defendants Smith and Scott's motion to dismiss is granted. This action is dismissed without prejudice, and this civil action stands closed.

10/06/2021
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020